FILED

SEP 2 8 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JONATHAN SOLISH (SBN1 67609)
KEITH D. KLEIN (SBN: 184486)
JENKENS & GILCHRIST, LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025
Tel: (310) 820-8800 Fax: (310) 820-8859

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| RAMADA WORLDWIDE, INC. | CASE NUMBER: |
|---|---|
| | CV06 03193 |
| **Plaintiff(s)** | |
| v. | |
| KYUNG-SUN CHOI; SUNGHEE CHOI | **SUBSTITUTION OF ATTORNEY** |
| **Defendant(s)** | |

RAMADA WORLDWIDE, INC.          [X] Plaintiff  [ ] Defendant  [ ] Other _____
_Name of Party_

hereby substitutes Keith D. Klein _____ who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per  Bryan Cave LLP, 120 Broadway, Ste. 300
_Street Address_

Santa Monica, CA 90401          (310) 576-2100  (310) 576-2200  184486
_City, State, Zip Code_          _Telephone Number_  _Facsimile Number_  _State Bar Number_

as attorney of record in the place and stead of Keith D. Klein _____

Dated: September 22, 2006 _____

_Present Attorney_

_Signature of Party_

Keith.Klein@BryanCave.com

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: September 22, 2006 _____

_Signature of Present Attorney_
Keith D. Klein

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: September 22, 2006 _____

_Signature of New Attorney_
Keith D. Klein

Substitution of Attorney is hereby  [V] Approved.  [ ] Denied.

Dated: 9/27/06 _____

_United States District Judge / Magistrate Judge_

**NOTICE TO COUNSEL:** _If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov._

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                                                 G01